IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **3:17-CR-134** |
| | ) | |
| VS. | ) | ORDER OF DISMISSAL |
| | ) | |
| (81) RONALD ANTHONY WOFFORD | ) | |
| | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss the Bill of Indictment and the First Superseding Bill of Indictment against the above-captioned defendant [Doc. 2162].

Upon review of the Government's motion, and for cause shown,

IT IS, THEREFORE, ORDERED that the Government's Motion to Dismiss [Doc. 2162] is GRANTED, and the Bill of Indictment and the First Superseding Bill of Indictment in the above-captioned case are hereby DISMISSED WITHOUT PREJUDICE with respect to the above-captioned defendant.

The Clerk is directed to certify copies of this Order to counsel for the Government, and the U.S. Probation Office.

IT IS SO ORDERED.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
OCT 15 2018
US District Court
Western District of NC